UNITED STATES DISTRICT COURT

Northern District of California

LUIS MARGENGO JR,                                    No. C 11-01774 MEJ

           Plaintiff(s),                    **ORDER VACATING CMC**

  v.

COMMERCIAL RECOVERY AUTHORITY INC,

           Defendant(s).
_____/

    This matter is currently scheduled for a case management conference on July 21, 2011. However, there is no indication that the defendant has been served, and Plaintiff has not filed a case management statement. Accordingly, the Court VACATES the July 21 c.m.c. and ORDERS Plaintiff to file a case status report by July 28, 2011.

**IT IS SO ORDERED.**

Dated: July 15, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge